IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LESLIE SLUGA,<br><br>    Defendant and Judgment Debtor.<br><br>BANK OF AMERICA, N.A.,<br><br>    Garnishee. | Case No.: 1:14-MC-00070-LJO<br><br>**ORDER ON CASE STATUS REPORT**<br><br>CRIMINAL CASE. NO.: 1:10-CR-00001-LJO |

   The Court, having reviewed and approved the United States' Case Status Report (the Report), hereby orders as follows:

   1.   This case shall remain open pending Defendant's payment to the clerk of court the amount representing the difference between the 2015 Taxable Amount as defined in the Report and the $12,000 Defendant was ordered to segregate from her garnished retirement account; and

   2.   The Parties shall file a Joint Status Report upon the earlier of the Defendant's remaining payment to the clerk, or May 6, 2016, one week after the April 30, 2016 payment deadline.

IT IS SO ORDERED.

   Dated:  **February 8, 2016**          **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

Order on Joint Status Report